AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05135

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Organic West Milk Inc.
was received by me on *(date)* 10/6/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jason Anderson , who is designated by law to accept service of process on behalf of *(name of organization)* Organic West Milk Inc. 129 West main St. Ripon CA 95366 on *(date)* 10/7/26 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/7/26

[signature]
*Server's signature*

Shannon Bynum, San Joaquin County #600
*Printed name and title*

425 E. Center St. Ste 4, Manteca CA 95336
*Server's address*

Additional information regarding attempted service, etc: